IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA SUE MEYERS and VERONICA
SUE COLVIN, Co-Administratrixes of the
Estate of Bobby Janes, et al.                                             PLAINTIFFS

V.                             4:07-CV-01130-WRW

LENNOX HEARTH PRODUCTS, INC., et al.                                      DEFENDANTS

**ORDER**

Pending is Plaintiffs' Motion to Remand (Doc. No. 29) based on lack of diversity. Defendants have responded.[1]

Based on Plaintiffs' Amended Complaint, diversity between the parties is lacking and remand is appropriate   Accordingly, Plaintiff's Motion is GRANTED.  This CASE is remanded to the Circuit Court of Lonoke County, Arkansas.

IT IS SO ORDERED this 28th day of January, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 33, 36.